**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01202 -CMA-MJW

DIANA TAMPUBOLON,

    Plaintiff,

v.

JEFFERSON CAPITAL SYSTEMS, LLC., a Georgia limited liability company,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 15) signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

    DATED:  August  13 , 2013

                                   BY THE COURT:

                                   _____
                                   CHRISTINE M. ARGUELLO
                                   United States District Court Judge